FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUL -3 PM 12: 32

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC WARNER | ) | Case Number: 8 : 07CV468 |
| Plaintiff, | ) | |
| v. | ) | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| EATON CORPORATION | ) | |
| Defendant | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

Signature of Attorney or Party        Name of Party                    Date

For  ERIC WARNER                 6-28-08

For  EATON CORPORATION           6-30-08

For _____

For _____

For _____

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable  Thomas D. Thalken
_____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

7/3/08
Date                                       United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03