IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC WARNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV468 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EATON CORPORATION, | ) | |
| as Plan Administrator of the Eaton | ) | |
| Corporation Long Term Disability Plan, | ) | |
| | ) | |
| Defendant. | ) | |

Following a conference with counsel on October 15, 2008, pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED:**

1. **On or before November 3, 2008**, the parties shall file the administrative record.

2. The parties shall have until **on or before December 1, 2008**, to file cross motions for summary judgment with a separately filed opening brief. **See** NECivR 7.1 and 56. Any reference to materials contained in the administrative record shall be cited with particularity, however such evidence shall not be re-filed with the brief.

3. The parties shall have until **on or before January 14, 2009**, to file any brief in response to the opposing party's motion.

4. The parties shall have until **on or before January 26, 2009**, to file any brief in reply.

DATED this 16th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge